IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**FILED**
APR 24 1997
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 97-HM-0552-M |
| DOYLE L. SPINKS<br>SSN: 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, | ) |
| Defendant. | ) |

**ENTERED**
APR 24 1997

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon a person of suitable age and discretion then residing in the defendant's usual place of abode on March 13, 1997; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $4,687.48, costs of $77.20, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and interest of

$862.56 through April 4, 1997, and at the rate of 8% per annum on the principal sum of $3,042.81 until date of judgment and interest at the rate of 6.79% per annum on the principal sum of $1,644.67 until date of judgment.

    4.   Plaintiff is due to recover from Defendant the total sum of $5,777.24, plus interest from April 4, 1997, until date of judgment at the rate of 8 percent per annum on the principal sum of $3,042.81 and interest at the rate of 6.79 percent per annum on the principal sum of $1,644.67, and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

    Done this the 24th day of April, 1997.

_____
UNITED STATES DISTRICT JUDGE